IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN THE MATTER OF: | IN THE PROCEEDINGS FOR A PLAN UNDER CHAPTER 13, CASE NO.: 04-22377 |
| ROGER KENTON BROCK ) | SSN: XXX-XX-0480 |
| DEBORAH JEAN BROCK ) | SSN: XXX-XX-9533 |

**TRUSTEES MOTION TO ALLOW AMENDED CLAIM**

COMES NOW the Trustee and shows the Court the above-named creditor has filed an amended claim against the estate of the debtor which changes the previous orders allowing claims.

```
 CLAIM #    NAME AND ADDRESS OF CREDITOR
 -------    ------------------------------
            INTERNAL REVENUE SERVICE
            PO BOX 21125

            PHILADELPHIA, PA 19114
```

The Trustee has examined the claim and recommends to the Court it be deemed allowed as follows:

```
As a PRIORITY claim in the amount of                    $ 9,310.10

As a POST-PETITION PRIORITY claim in the amount of      $ 3,261.00
As a UNSECURED claim in the amount of                   $ 5,550.99
```

PLEASE NOTE: ADDS 2005 INCOME TAXES

WHEREFORE, the Trustee prays the foregoing claim be allowed as set forth above.

```
                                s/W. H. Griffin, Chapter 13 Trustee
                                W. H. Griffin  #08060
DATED: October 28, 2008         4350 Shawnee Mission Pkwy, Ste. 13
                                Fairway, KS  66205-2535
                                (913) 677-1311
                                (913) 432-7857  (Fax)
                                inquiries@13trusteekc.com
```

NOTICE WITH OPPORTUNITY FOR HEARING

Any objection/response to the above motion must be filed within twenty (20) days of the date of this notice, October 28, 2008 , with the Clerk of the United States Bankruptcy Court. Documents can be filed electronically at http://ecf.ksb.uscourts.gov. A copy of such objection/response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. If debtor's counsel is not registered for electronic filing, you must serve the objection/response by mail. If an objection/response is timely filed, a hearing will be before the US Bankruptcy Court at 500 State Ave, Room 151, Kansas City, KS 66101 on December 16, 2008 at 1:30 PM. If no objection/response is filed on or before November 17, 2008 an order will be entered. For information about electronic filing go to www.ksb.uscourts.gov.

```
                                s/W. H. Griffin, Chapter 13 Trustee
                                W. H. Griffin, Trustee
```

CERTIFICATE OF SERVICE
I, the undersigned, do hereby certify that the debtor, debtor's attorney, and the creditor will be served either electronically or via U.S. mail.

```
DEBORAH JEAN BROCK
ROGER KENTON BROCK            s/W. H. Griffin, Chapter 13 Trustee
10151 GRANDVIEW DR              W. H. Griffin, Trustee

OVERLAND PARK, KS 66212-4213  FG246/RJB
```