IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| Roger Kenton Brock and Deborah Jean Brock | ) | Case No. 04-22377-RDB |
| | ) | |
| Debtors. | ) | |

## MOTION TO ABATE PLAN PAYMENTS FROM FEBRUARY TO APRIL 2009 AND FOR ADDITIONAL ATTORNEY FEES

COME NOW Debtors, by and through their attorney, Sarah A. Sypher of Sypher Law Group, LLC, for a Motion to Abate Plan Payments From February to April 2009 and For Additional Attorney Fees. For Debtors' Motion, the following is stated:

1. Debtors filed for Chapter 13 bankruptcy on June 7, 2004, and their Plan was confirmed on September 7, 2004.

2. Debtors have or will miss plan payments from February 2009 to April 2009.

3. Debtors will make a partial payment of $550.00 in April 2009, and Debtors anticipate that full Plan payments will resume on or about May 2009.

4. Debtors understand that the resumed plan payment may need to be at a higher rate to maintain feasibility.

5. Debtors have incurred additional attorney fees in the amount of $250.00 associated with this motion, and ask that those fees be paid in the same manner as the original fees.

WHEREFORE, Debtors request the Courts order abating missed payments from February 2009 to April 2009, for additional attorney fees, and for other such relief as the Court may deem just and proper.

Respectfully submitted,

/s/ Sarah A. Sypher
Sarah A. Sypher- KS Bar #21993
Ryan D. Kiliany- MO Bar #59070
Sypher Law Group, LLC
10955 Lowell Ave., Ste. 630
Overland Park, KS  66210
(913) 451-8833
(913) 451-8843 (Fax)
Attorneys for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: )
 Roger Kenton Brock and Deborah Jean Brock ) Case No. 04-22377-RDB
 )
                Debtors. )

**NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING
ON DEBTORS' MOTION TO ABATE PLAN PAYMENTS FROM FEBRUARY TO
APRIL 2009 AND FOR ADDITIONAL ATTORNEY FEES**

      NOTICE IS HEREBY GIVEN that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **April 7, 2009,** the Court will enter an order prepared and submitted by movant within ten (10) days of the objection deadline and no hearing will be held.

      If you file a timely objection, a nonevidentiary hearing will be held before the U.S. Bankruptcy Court, Room 151, 500 State Avenue, Kansas City, Kansas 66101, on **April 15, 2009, at 1:30 p.m.**, or as soon thereafter as the court's schedule permits. If you file the objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

      /s/ Sarah A. Sypher_____
      Sarah A. Sypher- KS Bar #21993
      Ryan D. Kiliany- MO Bar #59070
      Sypher Law Group, LLC
      10955 Lowell Ave., Ste. 630
      Overland Park, KS 66210
      (913) 451-8833
      (913) 451-8843 (Fax)
      Attorneys for Debtors

## CERTIFICATE OF MAILING

  The undersigned does hereby certify that a true and correct copy of the foregoing was filed electronically on this Tuesday, March 17, 2009 with the United States Bankruptcy Court for the District of Kansas, and shall be served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court and shall be served by U.S. Mail, First Class, postage prepaid, on those parties directed by the Court on the Notice of Electronic Filing issued by the Court as required by the Federal Rules of Bankruptcy Procedure and the Local rules of the United States Bankruptcy Court for the District of Kansas.

Attached Matrix


/s/ Sarah A. Sypher
Sarah A. Sypher
**Attorney for Debtor**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1083-2<br>Case 04-22377<br>District of Kansas<br>Kansas City<br>Tue Mar 17 12:51:17 CDT 2009 | Bank of America, N.A. c/o Michael P. Gaughan<br>4420 Madison<br>Kansas City, MO 64111-3797 | National Capital Management, LLC<br>8245 Tournament Drive<br>Suite 230<br>Memphis, TN 38125-1741 |
| Roundup Funding LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 | eCAST Settlement Corporation<br>POB 35480<br>Newark, NJ 07193-5480 |
| Kansas City Divisional Office<br>161 Robert J. Dole US Courthouse<br>500 State Avenue<br>Kansas City, KS 66101-2448 | ADT<br>P0 Box 551200<br>Jacksonville FL 32255-1200 | AT and T<br>P0 Box 78628<br>Phoenix AZ 85062-8628 |
| Academy Collection Service<br>10965 Decatur Rd<br>Philadelphia PA 19154-3294 | Afni Inc<br>P0 Box 3427<br>Bloomington IL 617023427 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 |
| B First LLC<br>PO Box 91121<br>Seattle WA 98111-9221 | Bank of America<br>P0 Box 5270<br>Carol Stream IL 601975270 | Bank of America NA<br>Loss Recovery<br>100 North Broadway<br>St Louis MO 631022728 |
| Bank of America NA<br>P0 26012<br>NC4 105 03 14<br>Greensboro NC 27420 | Bank of America NA USA<br>P0 Box 2278<br>Norfolk VA 235012278 | Bank of Blue Valley<br>11935 Riley<br>Overland Park KS 66213-1127 |
| Board of County Commissioners of Johnson<br>County Kansas<br>Johnson County Legal Department<br>Johnson County Administration Building<br>111 South Cherry Street, Suite 3200<br>Olathe KS 66061-3451 | Capital One Bank<br>P0 Box 85167<br>Richmond VA 23285-5167 | Capitol Federal Savings Bank<br>P0 Box 3505<br>Topeka KS 666013505 |
| Childrens Mercy Hospital<br>Patients Accounts Dept<br>P0 Box 804435<br>Kansas City MO 641804435 | Citi Cards<br>P0 Box 6412<br>The Lakes NV 889016412 | Client Services<br>3451 Harry S Truman Blvd<br>St Charles MO 63301-9816 |
| Collection Company of America<br>P0 Box 35988<br>Dallas TX 752350988 | Consumer Advocate, LLC<br>8700 Monrovia Suite 310-AI<br>Lenexa, KS 66215-3500 | Dell Finanacial<br>Weitman Weinberg and Reis<br>323 W Lakeside Ave<br>Cleveland OH 44113-1099 |
| Dell Financial<br>co Weltman Weinberg & Regis Co LPA<br>323 W Lakeside Ave<br>2nd Floor<br>Cleveland OH 44113-1009 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Disetronic Medical Systems<br>SDS 12 2183<br>P0 Box 86<br>Minneapolis MN 554862183 |

| | | |
|---|---|---|
| Erich M Ramsey<br>The Ramsey Law Firm PC<br>P0 Box 201347<br>Arlington TX 76006-1347 | Ford Motor Credit Company<br>Drawer 55 953<br>P0 Box 55000<br>Detroit MI 48255-0001 | Four Star Lawns<br>P0 Box 2995<br>Olathe KS 660630995 |
| GMAC<br>P0 Box 630071<br>Dallas TX 752630071 | GMAC<br>PO Box 130424<br>ROSEVILLE MN 55113-0004 | Harolds<br>P0 Box 2027<br>Norman OK 73070-2027 |
| Healthcare Financial Assoc<br>Patients Accounts Dept<br>P0 Box 803302<br>Kansas City MO 641803302 | Heartland Turf and Landscape L<br>9300 Metcalf Ste 300<br>Overland Park KS 66212-6319 | Homeq Servicing Corporation<br>P0 Box 13716<br>Sacremento CA 95853-3716 |
| John Anderson Jr Esq<br>Bob Lastelic Esq<br>P0 Box 7770<br>Leawood KS 662070770 | Johnson Cty Bd of Commissioner<br>JOCO Legal Dept<br>111 S Cherry Ste 3200<br>Olathe KS 66061-3451 | Kansas Counselors Inc<br>P0 Box 14765<br>Shawnee Mission KS 662854765 |
| Kansas Counslers Inc<br>P0 Box 14765<br>Shawnee Mission KS 662854765 | Kansas Counslers Inc<br>Physicians Reference Library<br>P0 Box 14765<br>Shawnee Mission KS 662854765 | Kenneth M Gay<br>Consumer Adocate LLC<br>8700 Monrovia Ste 310 Al<br>Lenexa KS 66215-3500 |
| MCI<br>P0 Box 52252<br>Phoenix AZ 850722252 | National Revenue Corp<br>4000 H 5th Avenue<br>Columbus OH 43219 | Ntl Coll Consultants Inc<br>P0 Box 94410<br>North Little Rock AR 72190-4410 |
| Providian<br>P0 Box 99604<br>Arlington TX 760969604 | Quest Diagnostics<br>P0 Box 13589<br>Philadelphia PA 191013589 | Receivables Coll Operations<br>P0 Box 32500<br>Tucson AZ 857512500 |
| Resurgent Capital Services<br>P0 Box 10587<br>Greenville SC 296030587 | SBC<br>P0 Box 930170<br>Dallas TX 75393-0170 | Sherman Acquisition c/o Alegis Group<br>PO Box 10675<br>Greenville, SC 29603-0675 |
| Sprint<br>P0 Box 219554<br>Kansas City MO 641219554 | T Christian Cox Esq<br>The Cox Law Firm<br>1125 Grand Avenue Ste 1700<br>Kansas City MO 64106-2500 | T Mobile<br>P0 Box 37380<br>Albuquerque NM 87176-7380 |
| Theron L Sims<br>408 SW 7th Street<br>Topeka KS 66603 | Transworld Systems Inc<br>5799 Broadmoor Ste 312<br>Mission KS 66202-2408 | U Haul<br>12541 S Rogers Road<br>Olathe KS 66062 |

| | | |
|---|---|---|
| United Parcel Services<br>Attn Mary Masias AR<br>PO Box 660650<br>Dallas TX 75266-0650 | United States Attorney<br>500 State Avenue<br>Kansas City KS 66101-2433 | XpressChex<br>PO Box 1927<br>Albuquerque NM 87103-1927 |
| eCast Settlement Corporation<br>GE Home Depot<br>PO Box 35480<br>Newark NJ 071935480 | Deborah Jean Brock<br>10151 Grandview Dr<br>Overland Park, KS 66212-4213 | Douglas W Dowell<br>Dowell and Sypher, LLC<br>10955 Lowell Avenue<br>Suite 630<br>Overland Park, KS 66210-2319 |
| Roger Kenton Brock<br>10151 Grandview Dr<br>Overland Park, KS 66212-4213 | Sarah A. Sypher<br>Sypher Law Group, LLC<br>10955 Lowell Avenue<br>Suite 630<br>Overland Park, KS 66210-2319 | William H Griffin<br>4350 Shawnee Mission Pkwy Suite 13<br>Fairway, KS 66205-2521 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance<br>National Recovery Center<br>POB 166469<br>Irving TX 750166469 | Department of the Treasury<br>Internal Revenue Service<br>271 W 3rd St N<br>Suite 3000<br>Stop 5333 WIC<br>Wichita KS 67202 | (d)Internal Revenue Service<br>271 W 3rd Street N Ste 3000<br>STOP 5333 WIC<br>Wichita KS 67202 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Capital Federal Savings Bank | (u)General Motors Acceptance Corporation | (u)Internal Revenue Service |
| (d)B-First LLC<br>PO Box 91121<br>Seattle WA 98111-9221 | (d)National Capital Management, LLC<br>8245 Tournament Drive<br>Suite 230<br>Memphis, TN 38125-1741 | (d)Roundup Funding LLC<br>MS 550<br>PO Box 91121<br>Seattle WA 98111 9221 |
| (d)T Mobile<br>PO Box 37380<br>Albuquerque NM 87176-7380 | (d)eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-5480 | End of Label Matrix<br>Mailable recipients   68<br>Bypassed recipients    8<br>Total                  76 |