U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
KC Room 151
6/16/2009
Hon. Robert D. Berger, Presiding

01:30 PM

Case Information:
    04-22377 Roger Kenton Brock and Deborah Jean Brock   Chapter: 13

Judge: RDB Filed: 06/07/2004     Pln Confirmed: 09/16/2004

Appearances:
    Sarah A. Sypher representing Roger Kenton Brock (Debtor)
    Xx   Sarah A. Sypher representing Deborah Jean Brock (Joint Debtor)
    William H Griffin (Trustee)     Xx

Issue(s):
    Motion for Post-Confirmation Amendment of Plan   Filed on behalf of Joint Debtor Deborah Jean Brock, Debtor Roger Kenton Brock, with Certificate of Service.

Notes/Decision:

    Granted up to 75 months-order by Ms. Sypher

Courtroom Deputy: Monica L. Sparks

Court Reporter/ECRO:  Dawn  Cockrell/Bowen & Assoc.